# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

EDNA ANDERSON,

       Plaintiff,

vs.                                     5:06-CV-192-SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 26). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 26) is adopted and incorporated by reference in this order.

2. The final decision of the Defendant Commissioner is affirmed.

3.  This case is *dismissed* and the Clerk is directed to close the file.

**DONE AND ORDERED** this <u>eleventh</u> day of March, 2008.

<u>　*s/ Stephan P. Mickle*　</u>
Stephan P. Mickle
United States District Judge